**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE DONELLE SHORTS, | Case No. 2:19-cv-04899-GW (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KEN CLARK, Warden, | |
| Respondent. | |

This matter came before the Court on the Petition of EUGENE DONELLE SHORTS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 3, 2020

_____
GEORGE W. WU
UNITED STATES DISTRICT JUDGE